## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

LARRY CASH,

        Plaintiff,

  v.

CLAMAR FLOATS, INC.,

        Defendant.

Case No. 3:25-cv-00285-SLG

### DEFAULT JUDGMENT

Before the Court at Docket 19 is Plaintiff Larry Cash's Application for Entry of Default. Defendant Clamar Floats, Inc. has failed to answer or otherwise defend this action, and default has been entered.[1]

Plaintiff has submitted an affidavit stating the amounts due and relief to which he is entitled.[2] Upon consideration of Plaintiff's Application for Entry of Default at Docket 19 and the accompanying affidavit and exhibits, IT IS ORDERED that the application at Docket 19 is GRANTED and judgment is entered in favor of Plaintiff and against Defendant as follows:

- Principal Amount: $104,033.94

- Attorney's fees pursuant to Alaska Rule of Civil Procedure 82: $4,830.67

---

[1] Docket 16; Docket 17.

[2] At Docket 19-2 is the Affidavit of Larry Cash. At Docket 19-5 is the Michael Jungreis Affidavit in Support of Application for Default Judgment.

- Costs: $806.18

- **Total Judgment: $109,670.79**

- Post-Judgment Interest Rate pursuant to 28 U.S.C. § 1961.

DATED this 19th day of March, 2026, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Certified to be a true and correct copy of original filed in my office.
Dated 4/23/26
Candice M. Duncan, Clerk of Court
By_____Deputy

Case No. 3:25-cv-00285-SLG, *Cash v. Clamar Floats, Inc.*
Default Judgement
Page 2 of 2